# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

EDDIE LEE, AS THE SURVIVING
SPOUSE OF THE DECEASED, KATIE
KALISHA LEE, AND BERTIE WEARY,
SHARON WEARY, SANDRA R. WEARY,
GIOVANNI LEE, AND LEON LEE, JR.,
AS THE SURVIVING CHILDREN OF THE
DECEASED, KATIE KALISHA LEE

VERSUS

RAVI KANAGALA, MD, MARILYN E.
PELIAS, MD, AND LAKEVIEW MEDICAL
CENTER, LLC D/B/A LAKEVIEW
REGIONAL MEDICAL CENTER

NO.   2019 CW 0487

**AUG 0 5 2019**

---

In Re:   Marilyn E. Pelias, M.D., applying for supervisory
writs, 22nd Judicial District Court, Parish of St.
Tammany, No. 2013-15445.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT NOT CONSIDERED.**  Relator has failed to comply with
Rule 4-5(C)(8), Uniform Rules of Louisiana Courts of Appeal, in
that the writ application does not contain a copy of the
pleading on which the ruling was founded, i.e., the exception of
prescription.  Further, this writ application does not contain a
copy of any opposition and any attachments thereto filed by
respondent in the trial court, or a statement by relator that no
opposing documentation was filed as required by Rule 4-5(C)(9)
of the Uniform Rules of Louisiana Courts of Appeal.
Additionally, the writ application does not contain a copy of
the pertinent court minutes as required by Rule 4-5(C)(10) of
the Uniform Rules of Louisiana Courts of Appeal.  This court is
unable to address the merits of relator's writ application
because it cannot be determined what, if any, evidence was
admitted at the hearing.

   Supplementation of this writ application and/or an
application for rehearing will not be considered.  Uniform Rules
of Louisiana Courts of Appeal, Rules 4-9 and 2-18.7.  In the
event relator seeks to file a new application with this court,
it must contain all pertinent documentation and must comply with
Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal.
Any new application must be filed on or before August 19, 2019,
and must contain a copy of this ruling.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT